# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2009

Marilyn Kelly,
Chief Justice

136336

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BRIAN POTTER,
      Plaintiff-Appellant,

v

KRISTYN H. MURRY, M.D. and
HURON VALLEY RADIOLOGY,
P.C.,
      Defendants-Appellees,

and

ST. JOSEPH MERCY HOSPITAL
ANN ARBOR, d/b/a TRINITY HEALTH-
MICHIGAN, RICHARD C. McLEARY,
M.D., GARY AUGUSTYN, M.D.,
ROBERT DOMEIER, D.O., and
EMERGENCY PHYSICIANS MEDICAL
GROUP, P.C.,
      Defendants.

SC: 136336
COA: 262529
Washtenaw CC: 03-001226-NH

_____/

      On order of the Court, oral argument having been heard on March 4, 2009, the parties are DIRECTED to submit supplemental briefs addressing the issue whether, if a defendant professional corporation is not an entity to whom notice is required to be provided under MCL 600.2912b, the applicable statute of limitations, MCL 600.5805(6), was nonetheless subject to statutory tolling provided in former MCL 600.5856(d). Plaintiff's supplemental brief is due April 17, 2009. The defense brief is due April 24, 2009.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009

Clerk

0331